UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:10-CR-182

v.

HON. ROBERT HOLMES BELL

PATRICK JOHN CORP,

    Defendant.
_____/

### ORDER

Before the Court is defendant's motion for the preparation of an updated or supplemental presentence report prior to the resentencing scheduled for June 1, 2012 (docket #37).  The defendant is asking not only to address issues raised in the Court of Appeal's opinion, but also to update the Court on "events which have transpired in the nineteen months since his original sentencing."

The defendant's motion to update or supplement the presentence report is **DENIED**.  However, the defendant, as well as the government, is invited to file a sentencing memorandum to address substantive reasonableness, the Court's application of §2G2.1(b)(4), and any other issues raised by the Court of Appeals.  The defendant can attach to his sentencing memorandum letters from his son, mother, friend, etc., in support of defendant.  The Court will consider those letters, as well as the attachments filed with the instant motion, at the time of resentencing.

Date:  May 15, 2012                                        /s/ Robert Holmes Bell
                                                                             ROBERT HOLMES BELL
                                                                             UNITED STATES DISTRICT JUDGE